**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO. 3:16-CV-807-RJC-DCK**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **SANDRA L. WILSON; 138 WILLETTA** ) | |
| **DRIVE LLC; MICHAEL J. THOMANN** ) | |
| **143 WILLETTA DRIVE LLC,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "United States' Request For Entry Of Default" (Document No. 12) filed March 17, 2017; and the parties' "Joint Motion To Stay Proceedings" (Document No. 13) filed July 20, 2017. These motions have been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motions and the record, and in consultation with Judge Conrad's chamber, the undersigned will grant the motion to stay and deny as moot the motion for entry of default.

By the pending "Joint Motion To Stay Proceedings," the parties report that they have reached a full settlement of this action; however, they request that this action be stayed until the terms of the settlement have been fulfilled, on or by **April 30, 2018**. (Document No. 13). Based on the parties' settlement, the Court has determined that the pending request for entry of default should be denied as moot, without prejudice to re-file at a later date if necessary.

**IT IS, THEREFORE, ORDERED** that the "United States' Request For Entry Of Default" (Document No. 12) is **DENIED AS MOOT**; and that the parties' "Joint Motion To Stay Proceedings" (Document No. 13) is **GRANTED**.

**IT IS FURTHER ORDERED** that the parties shall file a Stipulation Of Dismissal on or before **May 1, 2018.**

**SO ORDERED**.

Signed: July 24, 2017

David C. Keesler
United States Magistrate Judge