UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16-cv-00807-RJC-DCK

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER |
| SANDRA L. WILSON, MICHAEL J. THOMANN, 138 WILLETTA DRIVE LLC, and 143 WILLETTA DRIVE LLC, | ) | |
| Defendant. | ) | |

**THIS MATTER** comes before the Court on the United States of America's Unopposed Motion for Entry of Consent Judgment, (Doc. No. 15).

On November 25, 2016, the United States filed a four-count complaint to reduce to judgment Defendant Sandra Wilson's Federal income tax for the 2009, 2010, and 2011 tax years and foreclose Federal tax liens on two pieces of real property then-owned by companies belonging to Michal J. Thomann: 138 Willetta Drive LLC and 143 Willetta Drive LLC. (Doc. No. 1). On March 16, 2017, the United States and Sandra Wilson entered into a stipulation regarding Count 1 of the Complaint. (Doc. No. 10). On July 6, 2017, the United States and defendants Michael J. Thomann, 138 Willetta Drive LLC, and 143 Willetta Drive LLC reached a settlement of Counts II, III and IV in the Complaint. The Court stayed the proceedings while the above listed

defendants fulfilled the settlement terms. (Doc. No. 14). On January 29, 1018, the United States filed the Unopposed Motion for Entry of Consent Judgment, (Doc. No. 15).

**IT IS, THEREFORE, ORDERED** that:

1. The United States of America's Unopposed Motion for Entry of Consent Judgment, (Doc. No. 15), is **GRANTED;**

2. As to Count I of the Complaint, judgment is entered against Sandra Wilson in favor of the United States in the amount of $68,018.71 of January 16, 2018, for federal income tax, penalties and interest for the 2009, 2010 and 2011 tax years; together with all interest that will continue to accrue according to law;

3. Counts II, III and IV of the Complaint are **DISMISSED with prejudice;**

4. Each party shall bear their or its own costs and attorney's fees; and

5. The Clerk of Court is respectfully directed to close this case.

Signed: April 17, 2018

Robert J. Conrad, Jr.
United States District Judge